Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
Attorneys for Plaintiff

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

LHF Productions, Inc., a Nevada Corporation,

Plaintiff,

v.

Frank Grubb and Jane Doe Grubb, David Benavidez and Jane Doe Benavidez, Coralyn Schultz and Jane Doe Schultz, Shawn Barnish and Jane Doe Barnish, and Dale Fuller and Jane Doe Fuller, all Arizona residents,

Defendants.

Case No. 2:16-cv-02644-DKD

**NOTICE OF SETTLMENT**

Plaintiff LHF Productions, Inc. ("Plaintiff") provides notice that it has reached a settlement with defendants Shawn Barnish and Jane Doe Barnish and Dale Fuller. These defendants are represented by counsel and the parties are currently finalizing the necessary settlement documents. Plaintiff anticipates filing a dismissal with prejudice of these defendants within the next ten days.

Plaintiff further provides notice that all of the named defendants in this action have been served.

RESPECTFULLY SUBMITTED this 1st day of December, 2016.

KERCSMAR & FELTUS PLLC

By *s/Greg Collins*

Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and served a copy via first-class mail to the following:

Aaron Green
Law Office of Aaron Green, P.C.
645 N. 4th Ave., Suite B
Phoenix, AZ 85003
*Attorneys for Shane and Jane Doe Barnish*

Melissa Brabender
Antonelli Law Ltd.
35 East Wacker Drive
Suite 1875
Chicago, IL 60601
*Attorneys for Dale Fuller*

Frank and Jane Doe Grubb
1742 S Pecan Circle
Mesa, AZ 85202
*Defendants*

David and Jane Doe Benavidez
9580 W Ruth Ave.
Peoria, AZ 85345
*Defendants*

Coralyn and John Doe Shultz
4070 E. Casitas Del Rio Drive
Phoenix, AZ 85050
*Defendants*

*s/Brandi Bies*